EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Violent Crimes Section Chief

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2003

at __ o'clock and __min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DENNIS PERRY,<br><br>a/k/a Denniz Perry<br>　　　Dennis "DaQueen" Perry<br><br>　　　　　Defendant. | CR. NO. CR 03-00522 HG<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 922(g)(1)<br>& 924(e)] |

INDICTMENT

The Grand Jury Charges:

On or about October 10, 2003, in the District of Hawaii, the defendant, DENNIS PERRY, a/k/a Denniz Perry, Dennis "DaQueen" Perry, a person who had three previous convictions for violent felonies and serious drug offense as defined in 18 United States Code, Section 924(e)(2), then being a person who had been

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, that is, a Raven Arms model MP-25 .25 caliber semiautomatic pistol and 6 Winchester .25 caliber cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) & 924(e).

DATED: OCT 2 9 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

United States v. Dennis Perry
"Indictment"

2