# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 8, 2006

To: United States Court of Appeals  Attn: ( ) Civil
 For the Ninth Circuit
 Office of the Clerk                    (✓) Criminal
 95 Seventh Street
 San Francisco, California 94103        ( ) Judge

From: United States District Court
 300 Ala Moana Blvd. Room C-338
 Honolulu, Hawaii 96813

DC No:        CR 03-00522HG            Appeal No:   05-10239

Short Title:  USA vs. Dennis Perry

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 10 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#61, 62, 64, 67, 68

Acknowledgment: _____  Date: _____

cc: counsel