


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

August 14, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S DISTRICT COURT
AUG 16 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10239 | USA v. Perry | CR-03-00522-HG |

Dear Clerk:

   The following document in the above listed cause is being sent to you under cover of this letter.

•   *Certified copy of the Decree of the Court*

   The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

                                    Very truly yours,

                                    Cathy A. Catterson
                                    Clerk of Court


                                    By: David Vignol
                                    Deputy Clerk

Enclosure(s)
cc: All Counsel

```
                                                            MOATT INVATT
                                                                       i
INTERNAL USE ONLY: Proceedings include all events.
05-10239 USA v. Perry                                       CR 03-522

UNITED STATES OF AMERICA           Wes R. Porter, Esq.
     Plaintiff - Appellee          FAX 808/541-2958
                                   808/541-2850
                                   Ste. 6-100
                                   [COR LD NTC aus]
                                   USH - OFFICE OF THE U.S.
                                   ATTORNEY
                                   PJKK Federal Building
                                   300 Ala Moana Blvd.
                                   P.O. Box 50183
                                   Honolulu, HI 96850


     v.

DENNIS PERRY, a.k.a. Denniz        DeAnna S. Dotson, Esq.
Perry & Dennis Daqueenperry        FAX 808/672-5058
     Defendant - Appellant         808/391-7308
                                   [COR LD NTC cja]
                                   P.O. Box 700953
                                   Kapolei, HI 96709-0953
```