# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 23, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR. 03-00522HG

CASE NAME:   U.S.A. vs. DENNIS PERRY, a.k.a. Denniz Perry & Dennis Daqueenperry

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Helen Gillmor            REPORTER:

DATE:   August 23, 2006           TIME:

---

COURT ACTION:            **MINUTE ORDER**

    IT IS ORDERED that the Government shall file a memorandum addressing the Ninth Circuit Court of Appeals requirement of proof of three qualifying felony convictions to support the Armed Career Criminal Act enhancement by September 22, 2006 and Defendant shall file a response by October 12, 2006.

    Submitted by: David H. Hisashima, Courtroom Manager

cc:   Ronald G. Johnson, Esq.
      DeAnna S. Dotson, Esq.
      U.S.P.O. Mona L. Godinet
      Judge Gillmor's chambers