# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 8, 2006

To:  United States Court of Appeals    Attn:  ( )  Civil
     For the Ninth Circuit
     Office of the Clerk                       (✓)  Criminal
     95 Seventh Street
     San Francisco, California 94103           ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00522HG           Appeal No:    05-10239

Short Title:  USA vs. Dennis Perry

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 10 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#61, 62, 64, 67, 68

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 17 2006
DISTRICT OF HAWAII

FILED
MAY 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment:  S-DNIS                Date:

cc: counsel