# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 03-00522HG |
| CASE NAME: | U.S.A. vs. DENNIS PERRY, aka Denniz Perry and Dennis "DaQueen" Perry |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | DeAnna S. Dotson |
| U.S.P.O.: | Mona L. Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | December 14, 2006 | TIME: | 9:30 - 11:00 (Evidentiary Hearing) |

COURT ACTION:  RE-SENTENCING TO COUNT 1 OF THE INDICTMENT -

The defendant is present in custody.

Witness Spencer Lee CST.

Exhibits admitted in evidence: 1 - Indictment in Cr. 00-1-2262 State of Hawaii
    2 - State of Hawaii Minutes of 4/9/01 re Guilty Plea,
       Including Exhibit A, Letter dtd 4/6/01 to Mr. Breiner
    3 - State of Hawaii Judgment of 6/7/01
    4 - Indictment in Cr 00-1-2424 State of Hawaii
    5 - State of Hawaii Minutes of 4/9/01 re Guilty Plea,
       Including Exhibit A, Letter dtd 4/6/01
    6 - State of Hawaii Judgment of 6/7/01

(The above exhibits are attached to the Minutes.)

Government rested.  Defense rested.

Arguments held.

The Court finds that the Government has sustained its proof of three qualifying felony convictions to support sentencing under the Armed Career Criminal Act.

Allocution by the defendant.

ADJUDGED:

    Impr of 200 mos.

    Supervised release: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition)

5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant provide the Probation Office access to any requested financial information.

8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant shall cooperate in the collection of DNA as directed by the

probation officer.

Special assessment: $100.

Advised of rights to appeal the sentence, etc.

RECOMMENDATIONS: Estill, S.C.   That the defendant participate in drug treatment, educational and vocational training programs. That the defendant receive medical assessment for his cholesterol, high blood pressure, pain due to hernia, arthritis and eyesight

Submitted by: David H. Hisashima, Courtroom Manager