```
DEPARTMENT OF THE PROSECUTING ATTORNEY
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Ph:   527-6470
FAX:  527-6483
```

**Indictment Presented and Filed**
OCT 3 1 2000   11:53A M
Date            Time
C. ASATO, Clerk
FIRST CIRCUIT COURT, STATE OF HAWAII

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII ) | CR. NO. 00-1-2262 |
| v. ) | COUNTS I--III: |
| CHRISTOPHER AKAU ) | BURGLARY IN THE SECOND DEGREE (§ 708-811, H.R.S.) |
| and DENNIZ PERRY, ) | COUNT IV: |
| also known as ) | PROMOTING A DANGEROUS |
| Dennis Perry, ) | DRUG IN THE THIRD DEGREE (§ 712-1243, H.R.S.) |
| Defendants. ) | COUNT V: UNLAWFUL USE OF DRUG PARAPHERNALIA (§ 329-43.5(a), H.R.S.) |
| ) | INDICTMENT |

INDICTMENT

The Grand Jury charges:

COUNT I: On or about the 8th day of September, 1999, to and including the 9th day of September, 1999, in the City and County of Honolulu, State of Hawaii, CHRISTOPHER AKAU did intentionally enter or remain unlawfully in a building, to wit, Hawaii Film Studio, Building A, situated at 510 18th Avenue, with intent to commit therein a crime against a person or property rights,

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit



thereby committing the offense of Burglary in the Second Degree, in violation of Section 708-811 of the Hawaii Revised Statutes.

COUNT II: On or about the 15th day of October, 1999, to and including the 18th day of October, 1999, in the City and County of Honolulu, State of Hawaii, CHRISTOPHER AKAU and DENNIZ PERRY, also known as Dennis Perry, did intentionally enter or remain unlawfully in a building, to wit, Hawaii Film Studio, Building D, situated at 510 18th Avenue, with intent to commit therein a crime against a person or property rights, thereby committing the offense of Burglary in the Second Degree, in violation of Section 708-811 of the Hawaii Revised Statutes.

COUNT III: On or about the 29th day of October, 1999, to and including the 1st day of November, 1999, in the City and County of Honolulu, State of Hawaii, CHRISTOPHER AKAU and DENNIZ PERRY, also known as Dennis Perry, did intentionally enter or remain unlawfully in a building, to wit, Hawaii Film Studio, Building G, situated at 510 18th Avenue, with intent to commit therein a crime against a person or property rights, thereby committing the offense of Burglary in the Second Degree, in violation of Section 708-811 of the Hawaii Revised Statutes.

COUNT IV: On or about the 9th day of November, 1999, in the City and County of Honolulu, State of Hawaii, DENNIZ PERRY, also known as Dennis Perry, did knowingly possess the dangerous drug methamphetamine, thereby committing the offense of Promoting a Dangerous Drug in the Third Degree, in violation of Section 712-1243 of the Hawaii Revised Statutes.

COUNT V: On or about the 9th day of November, 1999, in the City and County of Honolulu, State of Hawaii, DENNIZ PERRY, also known as Dennis Perry, did use or possess with intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a controlled substance in violation of Chapter 329 of the Hawaii Revised Statutes, thereby committing the offense of Unlawful Use of Drug Paraphernalia, in violation of Section 329-43.5(a) of the Hawaii Revised Statutes.

A True Bill found this day: _31 Oct 00_ .

_____    _____
Deputy Prosecuting Attorney        Foreperson of the Grand Jury
City and County of Honolulu