MYLES S. BREINER  4364
345 Queen Street, 2nd Floor
Honolulu, Hawaii  96813        Telephone: (808) 526-3426

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | [XX] GUILTY PLEA<br>[ ] NO CONTEST PLEA<br>[ ] MOTION TO DEFER | CASE NUMBER:<br>Cr. No. 00-1-2262 |
|---|---|---|

STATE OF HAWAI'I vs. **DENNIZ PERRY**

Date of Birth: **9/11/59**     Defendant's Age: **41**     Education (Last Grade Completed): **High School**

| CHARGE(S)/HRS: | MAXIMUM IMPRISONMENT/FINE: | REPORT NUMBER(S): |
|---|---|---|
| CT. 2: Burglary the Second Degree §708-811, H.R.S. | 5 years imprisonment/$ 10,000.00 fine | 99394740 |
| CT. 3: Burglary in the Second Degree §708-811, H.R.S | 5 years imprisonment/$ 10,000.00 fine | 99382603 |
| CT. 4: Promoting a Dangerous Drug in in the Third Degree §712-1243, H.R.S. | 5 years imprisonment/$ 10,000.00 fine | 99393369 |
| CT. 5: Unlawful Use of Drug Paraphernalia §329-43.5, H.R.S. | 5 years imprisonment/$10,000.00 fine | 99393370 |

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

| Extended Term of Imprisonment: | Mandatory Minimum Term of Imprisonment: |
|---|---|
|  |  |

1. My mind is clear. I have not taken any medication, alcohol or illegal drugs within the last 48 hours. I am not sick. I speak, read, write, and understand the English language or this document has been read to me or has been interpreted to me.

2. I have received a written copy of the charge(s) in this case. The charge(s) has/have been explained to me. I understand the original charge(s) against me. I told my lawyer all the facts I know about the case. My lawyer explained the government's evidence against me, the possible defense(s), and the facts which the government must prove in order to convict me.

3. I understand the reduced charges with which the government has agreed to charge me, instead of the original charges. (Applicable only if original charge has been reduced).

4. I plead of my own free will. No one is pressuring me or threatening me or any other person to force me to plead. I am not taking the blame or pleading to protect another person from prosecution.

5. I know I have the right to plead not guilty and have a speedy and public trial by jury or by the court. I know in a trial the government is required to prove my guilt beyond a reasonable doubt. I know I can see, hear and question witnesses who testify against me, and that I can call my own witnesses to testify for me at trial. I understand I have the right to take the stand to testify and I have the right not to testify at trial. I know by pleading I give up the right to file any pre-trial motions, and I give up the right to a trial and may be found guilty and sentenced without a trial of any kind. I also give up the right to appeal anything that has happened in this case to date.

6. I understand the court may impose any of the following penalties for the offense(s) to which I now plead: the maximum term of imprisonment, any extended term of imprisonment, and any mandatory minimum term of imprisonment specified above; consecutive terms of imprisonment (if more than one charge); restitution; a fine; a fee and/or assessment; community service; probation with up to one year of imprisonment and other terms and conditions.

[ ] Prosecutor     [ ] Defendant     [ ] Defense      [ ] Adult Probation Division

GOVERNMENT EXHIBIT 2  Cr.03-522HG

| GUILTY / NO CONTEST PLEA (Continued) | CASE NUMBER: Cr. No. 00-1-2262 |
|---|---|

7.  [ ]  I plead **no contest** because, after discussing all the evidence and receiving advice on the law from my lawyer, I do not want to contest the charge(s) against me.

   [XX]  I plead **guilty** because, after discussing all the evidence and receiving advice on the law from my lawyer, I believe that I am guilty. (Give a brief statement of facts that establish the defendant's guilt as to each offense to which the defendant is entering a plea pursuant to the requirements of HRS §§701-114, 701-115, 702-205, and 702-206, as amended).
   **I am guilty of Counts 2, 3, 4, and 5 of the Indictment presented and filed on October 31, 2000.**

   [ ]  I move to defer acceptance of my plea. I understand that if the Court denies my motion, the Court will then find and adjudge me guilty upon this plea, and impose sentence.

8.  I have not been promised any kind of deal or favor or leniency by anyone for my plea, except that I have been told that the government has agreed as follows (if none, write "None"):
   **See attached Exhibit "A".**

   [ ]  I know that the court is not required to follow any deal or agreement between the Government and me. I know that the court has not promised me leniency.

   [ ]  The court has agreed to follow the plea agreement pursuant to Rule 11, Hawai'i Rules of Penal Procedure.

9.  I further state that (if none, write "None"):
   **NONE**

10. I know that, if I am not a citizen of the United States, a conviction or a plea of guilty or no contest, whether acceptance of my plea is deferred or not, may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization under the laws of the United States.

11. I am signing this Guilty/No Contest Plea form after I have gone over all of it with my lawyer. I know I will not be permitted to withdraw my plea. I am signing this form in the presence of my lawyer. I have no complaints about my lawyer an I am satisfied with what he/she has done for me.

| DATE 4-9-01 | DEFENDANT'S SIGNATURE |
|---|---|

**CERTIFICATE OF COUNSEL**

I certify that I have read and explained fully this Guilty/No Contest Plea document to the defendant and believe he/she understands this document in its entirety. The statements contained in this document conform with my understanding of the defendant's position. I believe the defendant's plea is made voluntarily and with an intelligent understanding of the nature of the charge(s) and possible consequences. The defendant signed this Guilty/No Contest Plea form in my presence.

| DATE April 9, 2001 | ATTORNEY FOR DEFENDANT MYLES S. BREINER | SIGNATURE |
|---|---|---|

I acknowledge that the Judge questioned me personally in open court to make sure that I know that I was doing in pleading guilty or no contest and understood this form before I signed it.

| DATE 4-9-01 | SIGNATURE OF DEFENDANT (signed in open court after questioning) | FILED IN OPEN COURT AT 2:03 o'CLOCK P M APR - 9 2001 19____ |
|---|---|---|

NAME OF JUDGE   KAREN S. S. AHN

DEPARTMENT OF THE PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 527-6494 • FAX: (808) 527-6831



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

April 6, 2001

<u>Via Facsimile</u> 566-0347

Myles S. Breiner, Esq.
345 Queen Street, 2nd Floor
Honolulu, Hawaii  96813

    RE: Cr.No.00-1-2424 State vs. Tiffany Prevo and Dennis Perry; Cr.No.00-1-2262 State vs. Christopher Akau and Denniz Perry aka Dennis Perry

Dear Mr. Breiner:

This confirms the plea agreement reached between the State of Hawaii and your client, Denniz Perry aka Dennis Perry, in the above-referenced cases as follows:

1. Defendant pleads guilty as charged to all counts in which he is named, specifically: in Cr.No.00-1-2424, Count III-*Promoting a Dangerous Drug in the First Degree*; and in Cr.No.00-1-2262, Count II-*Burglary in the Second Degree*, Count III-*Burglary in the Second Degree*, Count IV-*Promoting a Dangerous Drug in the Third Degree*, and Count V-*Drug Paraphernalia*, except that any and all references to methamphetamine shall be deleted; and

2. The parties recommend that Defendant be sentenced to probation for a term of ten (10) years in Count III of Cr.No. 00-1-2424 and a term of five (5) years each in Counts II, III, IV and V of Cr.No. 00-1-2262, concurrent; and



**EXHIBIT A**

3. The following terms and conditions of probation shall apply:

   a. Defendant serves one year imprisonment,

   b. Defendant seeks admission to a drug treatment program within 30 days of release from incarceration,

   c. For the duration of probation:

      i. Defendant is prohibited from entering or remaining in that area of Honolulu which is bounded by Diamond Head Road, Monsarrat Avenue, Kapahulu Avenue, Mooheau Avenue, 6th Avenue, Waialae Avenue, 21st Avenue, Pahoa Avenue, 22nd Avenue; and

      ii. Defendant is prohibited from entering or remaining on Ala Wai Boulevard and any building or sidewalk abutting Ala Wai Boulevard. (See the map attached as Exhibit "A".)

Very truly yours,

*Cecelia Gf*

CECELIA C. Y. CHANG
Deputy Prosecuting Attorney

Attachment
Cc: Peter Marrack, w/att.



EXHIBIT A