DEPARTMENT OF THE PROSECUTING ATTORNEY
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Ph:  527-6470
FAX: 527-6483

Indictment Presented
and Filed
NOV 2 8 2000    12:39P M
Date            Time
C. ASATO, Clerk
FIRST CIRCUIT COURT, STATE OF HAWAII

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| STATE OF HAWAII | ) | CR. NO. 00-1-2424 |
|---|---|---|
| v. | ) | |
| | ) | COUNTS I & III: |
| TIFFANY PREVO | ) | PROMOTING A DANGEROUS DRUG |
| and DENNIZ PERRY, | ) | IN THE FIRST DEGREE |
| | ) | (§ 712-1241(1)(b)(ii)(A), |
| Defendants. | ) | H.R.S.) |
| | ) | COUNT II: |
| | ) | IMITATION CONTROLLED |
| | ) | SUBSTANCES |
| | ) | (§329C-2(a), H.R.S.) |
| | ) | |
| | ) | INDICTMENT |

INDICTMENT

The Grand Jury charges:

COUNT I:  On or about the 30th day of June, 1998, in the City and County of Honolulu, State of Hawaii, TIFFANY PREVO did knowingly distribute one or more preparations, compounds, mixtures, or substances of an aggregate weight of one-eighth ounce or more, containing methamphetamine or any of its salts, isomers, and salts of isomers, thereby committing the offense of Promoting a Dangerous Drug in the First Degree, in violation of Section 712-1241(1)(b)(ii)(A) of the Hawaii Revised Statutes.

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit


GOVERNMENT EXHIBIT 4
Cr.03-522 HG

COUNT II: On or about the 7th day of July, 1998, in the City and County of Honolulu, Hawaii, TIFFANY PREVO did manufacture, distribute, or possess with intent to distribute, an imitation controlled substance, thereby committing the offense of Imitation Controlled Substances in violation of Section 329C-2 of the Hawaii Revised Statutes.

COUNT III: On or about the 21st day of July, 1998, in the City and County of Honolulu, State of Hawaii, DENNIZ PERRY did knowingly distribute one or more preparations, compounds, mixtures, or substances of an aggregate weight of one-eighth ounce or more, containing methamphetamine or any of its salts, isomers, and salts of isomers, thereby committing the offense of Promoting a Dangerous Drug in the First Degree, in violation of Section 712-1241(1)(b)(ii)(A) of the Hawaii Revised Statutes.

A True Bill found this day:  28 Nov 00  .

_____
Deputy Prosecuting Attorney
City and County of Honolulu

_____
Foreperson of the Grand Jury