ORIGINAL

| STATE OF HAWAII<br>CIRCUIT COURT OF THE FIRST CIRCUIT | JUDGMENT<br>GUILTY CONVICTION AND PROBATION SENTENCE<br>NOTICE OF ENTRY | CASE NUMBER:<br>Cr. No. 00-1-2424 |
|---|---|---|
| STATE VS. (DEFENDANT)<br>**DENNIZ PERRY**<br>Social Security Number: 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<br>SID: A-0129405<br>DOB: 9/11/59 | DATE OF HEARING:<br>6/7/01 | REPORT NUMBER(S):<br>98-272858 |
| Defense Counsel: Myles Breiner | | |

| **DEFENDANT'S PLEA:**<br>GUILTY | TRIAL:<br>CHANGE OF PLEA |
|---|---|
| ORIGINAL CHARGE(S):<br>COUNT III: PROMOTING A DANGEROUS DRUG IN THE FIRST DEGREE<br>(§712-1241(1)(b)(ii)(A), H.R.S.) | CHARGE(S) TO WHICH DEFENDANT PLED:<br>COUNT III: PROMOTING A DANGEROUS DRUG IN THE FIRST DEGREE<br>(§712-1241(1)(b)(ii)(A), H.R.S.) |

| DEFENDANT IS CONVICTED AND FOUND GUILTY OF:<br>COUNT III: PROMOTING A DANGEROUS DRUG IN THE FIRST DEGREE<br>(§712-1241(1)(b)(ii)(A), H.R.S.) | PHOTOGRAPH<br>(If Available) | FINGERPRINT<br>(If Available) |
|---|---|---|

**FINAL JUDGMENT AND SENTENCE OF THE COURT:**

PROBATION:
Ten (10) Years in Count III

SEE ATTACHMENT (TERMS AND CONDITIONS OF PROBATION)

**I do hereby certify that this is a full, true, and correct copy of the original on file in this office.**

[signature]
**Clerk, Circuit Court, First Circuit**

| DATE | JUDGE |
|---|---|
| 6/7/01 | KAREN S. S. AHN<br>SIGNATURE [signature] |

**NOTICE OF ENTRY**

THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES.

| DATE | CLERK |
|---|---|
| 6/7/01 | D. Ching [signature] |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
JUN 7 2001
11 O'clock a.M.
DAWN CHING
Clerk, 11th Division

[ ] ORIGINAL FILE [ ] DPA [ ] DEFENSE-Myles Breiner [ ] PROBATION [ ]POLICE [ ] HCJDC [ ] PUBLIC SAFETY [ ] HPA [ ] CASHIERS

GOVERNMENT EXHIBIT 6
Cr. 03-522 HG 12/14/06

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | TERMS AND CONDITIONS<br>OF PROBATION | CASE NUMBER:<br>**Cr. No. 00-1-2424** |
|---|---|---|

**TO: DEFENDANT, DENNIZ PERRY**

**IT IS THE ORDER OF THE COURT THAT DURING YOUR TERM OF PROBATION, YOU SHALL COMPLY IN ALL RESPECTS WITH THE FOLLOWING TERMS AND CONDITIONS:**

1. You shall not commit another federal or state crime during your term of probation;

2. You shall report to your probation officer as ordered by the Court or by your probation officer. After this hearing or upon your release from confinement, you are ordered to report immediately to:

   Adult Probation Division
   777 Punchbowl Street
   Honolulu, Hawaii 96813
   (808) 539-4500;

3. You shall not leave the island of O'ahu unless you first obtain permission to leave from your probation officer or the Court;

4. You shall report any change of address, telephone number, or employment to your probation officer before any such change;

5. You shall promptly notify your probation officer if you are arrested or questioned by a law enforcement officer; and

6. You shall permit your probation officer to visit your home and any other places specified by the Court at all reasonable times.

7. Your further special conditions of probation are as follows: You Shall:

   A. Follow all reasonable instructions which are given to you by your probation officer;

   B. Not own or possess any firearms or ammunition. If you have any firearms or ammunition, you must immediately turn them in to the appropriate county police department.

**YOUR FURTHER SPECIAL TERMS AND CONDITIONS OF PROBATION ARE ATTACHED.**

**WARNING:**

**IF YOUR WHEREABOUTS BECOME UNKNOWN TO YOUR PROBATION OFFICER BECAUSE OF YOUR FAILURE TO KEEP HIM/HER INFORMED, THE COURT MAY ORDER YOUR ARREST. UPON ANY FAILURE TO COMPLY WITH EACH OF THE TERMS AND CONDITIONS OF YOUR PROBATION, INCLUDING SPECIAL CONDITIONS, THE COURT MAY REVOKE YOUR PROBATION AND SENTENCE YOU TO PRISON OR CHANGE OR ADD TO THE CONDITIONS OF YOUR PROBATION.**

**YOU ARE FURTHER INFORMED THAT YOU ARE PROHIBITED FROM OWNING OR POSSESSING ANY FIREARM OR AMMUNITION PURSUANT TO HRS § 134-7.**

**THE TERMS AND CONDITIONS OF PROBATION HAVE BEEN EXPLAINED TO ME; I FULLY UNDERSTAND THEM, AGREE TO ABIDE BY THEM IN EVERY WAY AND UNDERSTAND THE CONSEQUENCES. I HAVE RECEIVED A COPY OF THESE TERMS AND CONDITIONS OF PROBATION.**

| DATE | DEFENDANT'S SIGNATURE | SIGNATURE OF PROBATION OFFICER |
|---|---|---|
| | | |

**Cr. No. 00-1-2424**
**State of Hawaii vs. DENNIZ PERRY**

**7. Special Conditions Of Probation**

YOU SHALL:

A. Follow all reasonable instructions which are given to you by your probation officer;

B. Not own or possess any firearms or ammunition. If you have any firearms or ammunition, you must immediately turn them in to the appropriate county police department;

C. Work full time or attend educational/vocational training as approved by your probation officer throughout the period of probation except as precluded by inpatient medical/rehabilitative treatment;

D. Serve a term of imprisonment of ONE (1) YEAR , effective forthwith, with credit given for 265 days served; to run concurrently with Cr. No. 00-1-2262;

E. Pay to the crime victim compensation fund $200; however, this fee is waived by the Court;

F. Pay a probation services fee in the amount of $150; however, this fee is waived by the Court;

G. Not possess, use, or consume any alcohol, unprescribed or illegal drug nor possess any drug-related paraphernalia;

H. Submit to urinalysis or other similar assessment tests at your own expense as directed by your probation officer. **A positive finding or a failure to provide a specimen within two hours of instruction may be considered prima facie evidence of probation violation;**

I. Submit to drug/alcohol assessment at your own expense as directed by your probation officer;

J. Obtain and maintain substance abuse treatment as directed by your probation officer until clinically discharged with the concurrence of your probation officer. You shall be responsible for payment for such treatment;

K. Submit at reasonable times to a search of your person, residence, vehicle, or other sites and property under your control by any probation

**Cr. No. 00-1-2424**
**State of Hawaii vs. DENNIZ PERRY**

**7. Special Conditions Of Probation**

officer, with or without a warrant, based on reasonable suspicion that illicit substance(s) or other contraband may be in the place(s) of a search. Any illicit substance(s) or contraband found or observed in such a search may be seized;

L. Sign a Waiver of Extradition; and

M. Refrain from entering the geographical area bounded by the following streets: Diamond Head Road, Monsarrat Avenue, Kapahulu Avenue, Mooheau Avenue, 6th Avenue, Waialae Avenue, 21st Avenue, Pahoa Avenue, 22nd Avenue, and Ala Wai Boulevard, except for legitimate reasons with the prior approval of your probation officer.

OCCC

# CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant DENNIZ PERRY 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 HI SID No. A·0129405 Date of Sentence 6/7/01 .

| Cr. No./Count | Police Report # | Length of Detention From | Length of Detention To | No. of Days Detained |
|---|---|---|---|---|
| 00-1-2424 | 98-272858 | 12/5/00<br>07/3/00 | 6/7/01;<br>9/22/00; | 265 |
| | | | | |
| 00-1-2262 | 99-394740 | 11/01/00 | 6/7/01; | |
| | 99-382603 | " | | 218 |
| | 99-393369 | | | |
| | 99-393376 | | | |

'01 MAY 10 P1 :09
ADULT PROB... FIRST CIRCUIT STATE ...

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

___ Chief of Police, Honolulu Police Dept.
X Director, Dept. of Corrections (State of HI)
___ Director, Dept. of Health (State of HI)
___ Other ___

By [signature], Its authorized representative
(Signature)

Records Clerk
(Title)

5/8/01
(Date)

**FOR APD USE ONLY**

REQUESTS SENT TO:
✓ HPD ✓ OCCC
___ HSH ✓ SHERIFF
REQUEST DATE 4/12/01
DUE DATE 4/30/01
PO G. Omai
TELEPHONE 539-4517

Jan