ORIGINAL

DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant
DENNIS PERRY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>DENNIS PERRY, a.k.a.<br>DENNIZ PERRY and<br>Dennis "DaQueen" Perry<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 03-00522 HG<br><br>NOTICE OF APPEAL;<br>CERTIFICATE OF<br>SERVICE |

**NOTICE OF APPEAL**

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that the defendant, DENNIS PERRY, through counsel DeAnna S. Dotson, hereby appeals to the United States Court of Appeals for the Ninth Circuit from his sentence and judgment on Remand entered on December 14, 2006.

Dated:   December 18, 2006, at Kapolei, Hawaii

DeAnna S. Dotson
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Loretta Sheehan
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:   December 18, 2006, at Kapolei, Hawaii

DeAnna S. Dotson