PETER B. CARLISLE  2209
Prosecuting Attorney
PETER J. MARRACK  5086
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:   547-7516
FAX:  547-7513
Attorneys for State of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00522-HG |
|---|---|---|
| Plaintiff, | ) | APPLICATION REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A AND B" |
| v. | ) | |
| DENNIS PERRY, also known as Denniz Perry, | ) | |
| Defendant. | ) | |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Peter J. Marrack, Deputy Prosecuting Attorney for the City and County of Honolulu, State of

Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the

physical custody of DENNIS PERRY, also known as Denniz Perry, from the United States Marshal

Service, District of Hawaii, to State of Hawaii Officials from time to time and as needed until the

conclusion of <u>State of Hawaii v. DENNIS PERRY, also known as Denniz Perry</u>, Criminal Nos. 00-1-2424 and 00-1-2262.

Defendant DENNIS PERRY, also known as Denniz Perry, is now detained in the custody of the United States Marshal Service, District of Hawaii, serving a 200 month federal term of imprisonment.

Defendant DENNIS PERRY, also known as Denniz Perry, has two (2) bench warrants for Motion for Revocation of Probation and Resentencing issued by the Honorable Richard K. Perkins, Judge of the Circuit Court of the First Circuit, State of Hawaii.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (<u>See</u>, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of DENNIS Perry, also known as Denniz Perry, from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on January 3, 2007, in the Circuit Court of the First Circuit, State of Hawaii (<u>see</u>, Exhibit "B").

Upon conclusion of <u>State of Hawaii v. DENNIS PERRY, also known as Denniz Perry,</u> Criminal Nos. 00-1-2424 and 00-1-2262, Defendant DENNIS PERRY, also known as Denniz Perry, will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: January 4, 2007.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
PETER J. MARRACK
Deputy Prosecuting Attorney
City and County of Honolulu