DEPARTMENT OF THE PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

December 19, 2006

Loretta Sheehan,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

> RE: State of Hawaii v. Dennis Perry
> Criminal No. 00-1-2424 and 00-1-2262

Dear Ms. Sheehan:

I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has two (2) cases involving the same individual and would like your approval to take custody of this person commencing on January 18, 2006 (or on a mutually agreed upon date coordinated with the U. S. Marshal Service, District of Hawaii). The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

Please sign below if you agree to this request and FAX a copy of this letter to Rene Lee, FAX no.550-6517. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 547-7516 or Rene Lee at 547-7473.

Very truly yours,

Peter Marrack
Deputy Prosecuting Attorney

APPROVED:

Loretta Sheehan
Loretta Sheehan
Assistant United States Attorney

# EXHIBIT "A"