PETER B. CARLISLE  2209
Prosecuting Attorney
PETER J. MARRACK  5086
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     547-7516
FAX:  547-7513
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 JAN -3  PM 3: 12

T. WONG
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE DENNIS PERRY, also known as Denniz Perry, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | S. P. NO. **07-1-0001** <br> (Cr. Nos. 00-1-2424 and 00-1-2262) <br><br> APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE RICHARD K. PERKINS, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Peter J. Marrack, Deputy Prosecuting

Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.     That  DENNIS PERRY, also known as Denniz Perry, has two (2) cases in the Circuit

Court of the First Circuit, Honolulu, Hawaii, Criminal Nos. 00-1-2424 and 00-1-2262;

2.     That on August 27, 2004, Motions for Revocation of Probation and Resentencing

were filed in the Circuit Court of the First Circuit in Criminal Nos. 00-1-2424 and 00-1-2262 and

subsequently, Bench Warrants were issued for the arrest of Defendant;



3.      That said Defendant is now imprisoned as a federal prisoner under the custody of the

UNITED STATES MARSHAL, District of Hawaii; and is being detained at the Federal Detention

Center, Honolulu, Hawaii, and

4.      That in order to procure Defendant's presence in the Circuit Court of the First Circuit,

it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660,

Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of

Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the

body of DENNIS PERRY, also known as Denniz Perry, to State of Hawaii Officials on January 25,

2007; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.      execute the bench warrants issued in Criminal Nos. 00-1-2424 and 00-1-2262;

2.      retain custody of the Defendant and he/she shall be confined with the Department of

Public Safety, State of Hawaii, during the pendency of these proceedings;

3.      bring the said Defendant before the Presiding Judge of the Circuit Court of the First

Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 00-1-2424 and

00-1-2262; and thereafter

4.     return the said Defendant to the custody of the UNITED STATES MARSHAL,

District of Hawaii, upon conclusion of Criminal Nos. 00-1-2424 and 00-1-2262 on a mutually agreed

upon date.

Dated at Honolulu, Hawaii:  January 2, 2007.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
PETER J. MARRACK
Deputy Prosecuting Attorney
City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of

this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed

for in the foregoing Application.

Dated at Honolulu, Hawaii: _____ JAN – 3 2007 _____ .

RICHARD K. PERKINS

_____
RICHARD K. PERKINS
Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

       STATE OF HAWAII OFFICIALS


GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy,

produce the body of DENNIS PERRY, also known as Denniz Perry, who is being detained as a federal

prisoner under your custody, to STATE OF HAWAII OFFICIALS on January 25, 2007, for

prosecution; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.     execute the bench warrants issued in Criminal Nos. 00-1-2424 and 00-1-2262;

2.     retain custody of the Defendant and he/she shall be confined with the Department of

Public Safety, State of Hawaii, during the pendency of these proceedings;

3.     bring the said Defendant before the Presiding Judge of the Circuit Court of the First

Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 00-1-2424 and

00-1-2262; and thereafter

4.    return the said Defendant to the custody of the UNITED STATES MARSHAL, District

of Hawaii, upon conclusion of Criminal Nos. 00-1-2424 and 00-1-2262 on a mutually agreed upon

date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable RICHARD K. PERKINS, Judge of the Circuit Court of the First

Circuit at Honolulu, Hawaii, and the seal of said Court this _3rd_ day of

_January 2007_ .

S. TOYAMA

_____
Clerk, Circuit Court, First Circuit
State of Hawaii

RICHARD K. PERKINS

_____
Judge of the Circuit Court
First Circuit, State of Hawaii