PETER B. CARLISLE  2209
Prosecuting Attorney
PETER J. MARRACK  5086
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7516
FAX:   547-7513
Attorneys for State of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

LODGED at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

JAN 0 4 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00522-HG |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TEMPORARY |
| | ) | TRANSFER OF CUSTODY TO THE |
| v. | ) | STATE OF HAWAII REGARDING WRIT |
| | ) | OF HABEAS CORPUS AD |
| DENNIS PERRY, | ) | PROSEQUENDUM |
| also known as Denniz Perry, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant DENNIS PERRY, also known as Denniz Perry, to State of Hawaii Officials, until the conclusion of

<u>State of Hawaii v. DENNIS PERRY, also known as Denniz Perry,</u> Criminal Nos. 00-1-2424 and 00-1-2262. Upon the conclusion of the cases, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: _____JAN 0 8 2007_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

<u>United States v. DENNIS PERRY,</u>
<u>also known as Denniz Perry,</u>
Cr. No. 03-00522-HG
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum