# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen" Perry

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00522HG

II  **DATE NOTICE OF APPEAL FILED:** 12/18/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA Appointed

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO: Clerk, U.S. Court of Appeals  Date: January 15, 2007

FROM: Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE: U.S.A. vs Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen" Perry

U.S.D.C CASE NO. CR 03-00522HG

U.S.D.C. JUDGE: Helen Gillmor

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED: 10/10/03

APPEALED ORDER FILED: 12/14/06

NOTICE OF APPEAL FILED: 12/18/06

## COUNSEL INFORMATION

APPELLANT:
DeAnna S. Dotson
P.O. Box 700953
Kapolei, HI 96709-0953

APPELLEE:
Ronald G. Johnson, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA-Appointed

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                    CUSTODY:    ✓

                            BAIL:       __

F/P GRANTED:   __
                            COUNSEL WAIVED:  __
NO OF DAYS OF TRIAL: __
                            COURT REPORTER(S):  ESR, Stephen
                                                Platt, Debra Chun

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

January 15, 2007

Ronald G. Johnson, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850


IN RE:    U.S.A v. Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen" Perry
CR NO.    CR 03-00522HG


Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/18/06.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.


Sincerely,
Sue Beitia, Clerk

By    Laila M. Geronimo
      Deputy


Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
      DeAnna S. Dotson
         with copy of instructions for criminal appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet