# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## AMENDED DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    U.S.A. vs. Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen"

      **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

      **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

      **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00522HG

II    **DATE NOTICE OF APPEAL FILED:** 12/18/06

III    **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA Appointed

      **DOCKET FEE PAID ON:**        **AMOUNT:**

      **NOT PAID YET:**        **BILLED:**

      **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

      **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

      **IF YES, SHOW DATE:**

      **WAS F.P. STATUS REVOKED:**        **DATE:**

      **WAS F.P. STATUS LIMITED IN SOME FASHION?**

      **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

      Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

| | | |
|---|---|---|
| TO: | Clerk, U.S. Court of Appeals | Date: January 23, 2007 |
| FROM: | Clerk, U.S. District Court, Hawaii | |
| SUBJECT: | New Appeals Docketing Information, Criminal Case | |

## CASE INFORMATION

| | |
|---|---|
| COMPLETE TITLE: | U.S.A. vs Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen" |
| U.S.D.C CASE NO. | CR 03-00522HG |
| U.S.D.C. JUDGE: | Helen Gillmor |

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   10/10/03

APPEALED ORDER FILED:   12/14/06

NOTICE OF APPEAL FILED:   12/18/06

## COUNSEL INFORMATION

| APPELLANT: | APPELLEE: |
|---|---|
| DeAnna S. Dotson, Esq. | Ronald G. Johnson, AUSA |
| P.O. BOX 700953 | Office of the U.S. Attorney |
| Kapolei, HI  96709-0953 | 300 Ala Moana Blvd., Ste. 6100 |
| | Honolulu, HI  96850 |

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA-12/15/06

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

| | | |
|---|---|---|
| ADDRESS: | CUSTODY: | ✓ |
| | BAIL: | — |
| F/P GRANTED:   — | | |
| | COUNSEL WAIVED: | — |
| NO OF DAYS OF TRIAL:  _ | | |
| | COURT REPORTER(S): | ESR, Stephen Platt, Debra Chun |

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia  
Clerk of Court

TEL (808) 541-1300  
FAX (808) 541-1303

January 23, 2007

Ronald G. Johnson, AUSA  
Office of the U.S. Attorney  
300 Ala Moana Blvd., Ste. 6100  
Honolulu, HI  96850

AMENDED NOTIFICATION

IN RE:    U.S.A v. Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen"  
CR NO.    CR 03-00522HG

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/18/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,  
Sue Beitia, Clerk  
By    Laila M. Geronimo  
Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,  
              docket sheet, dfnf  
       DeAnna S. Dotson, Esq.  
              with copy of instructions for criminal appeals  
              Transcript Desig. & Ordering Form  
              with instructions and a copy of the  
              docket sheet