RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2007
1:45pm 8
DISTRICT OF HAWAII

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   SHORT CASE TITLE:     U.S.A. vs. Dennis Perry, a.k.a. Denniz Perry and Dennis "DaQueen" Perry

U.S. COURT OF APPEALS DOCKET NUMBER: ~~04~~ 07-10049

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER:   CR 03-00522HG

II   DATE NOTICE OF APPEAL FILED:   12/18/06

III   U.S. COURT OF APPEALS PAYMENT STATUS:   CJA Appointed

DOCKET FEE PAID ON:           AMOUNT:

NOT PAID YET:                 BILLED:

U.S. GOVERNMENT APPEAL:       FEE WAIVED:

WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

IF YES, SHOW DATE:

WAS F.P. STATUS REVOKED:      DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV   COMPANION CASES, IF ANY:

V.   COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)