ORIGINAL



DeAnna S. Dotson, Esq. (HBN #7649)
P.O. Box 700953
Kapolei, Hawaii 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant-Appellant
DENNIS PERRY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2007

LODGED at __ o'clock and __ min __ M
SUE BEITIA, CLERK

JAN 29 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br><br>vs.<br><br>DENNIS PERRY, aka DENNIZ<br>PERRY and Dennis "DaQueen" Perry<br><br>Defendant-Appellant. | ) CR.NO. 03-00522 HG<br>) (District of Hawaii)<br>)<br>) STIPULATION TO CHANGE<br>) NAME ; ORDER<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO CHANGE DEFENDANT'S NAME ON ALL
FUTURE COURT RECORDS AND DOCUMENTS

DeAnna S. Dotson, appointed counsel for Dennis Perry, aka

Denniz Perry and Dennis "DaQueen" Perry, and Loretta Sheehan, Assistant

United States Attorney, hereby stipulate to change the name on all future

court records and documents of Defendant Dennis Perry to DENNIZ

PERRY, his legal name as shown on his birth certificate, Exhibit A.

Hereafter, the following names are to be used on legal documents: Denniz Perry, aka Dennis Perry and Dennis "DaQueen" Perry. Additionally, it is stipulated that this request and order for the name change be sent to the Bureau of Prisons.

DATED:   January 25, 2007, at Kapolei, Hawaii

Respectfully submitted,

_____
DeAnna S. Dotson
Attorney for Defendant-Appellant


_____
Loretta A. Sheehan
Assistant U. S. Attorney


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE