## CERTIFICATE OF LIVE BIRTH

**TERRITORY OF HAWAII — DEPARTMENT OF HEALTH**

FILE NUMBER 151 — 59 11804

| Field | Value |
|---|---|
| 1a. Child's First Name | JANICE |
| 1c. Last Name | BENOY |
| 2. Sex | Male |
| 3. This Birth | Single |
| 5a. Month | Sept. |
| 5b. Day | 11 |
| 5c. Year | 1959 |
| 5d. Hour | 11:47 A.M. |
| 6a. Place of Birth City | Honolulu, Hawaii |
| 6b. Island | Oahu |
| 6c. Name of Hospital | Kapiolani Mat. & Gyn. Hospital |
| 7a. Usual Residence of Mother | Honolulu |
| 7b. Island | Oahu |
| 7e. Street Address | 3437 Mela Street |
| 9. Race of Father | Caucasian-Hawaiian |
| 10. Full Name of Father | RICHARD ... BENOY |
| 11. Age of Father | 21 |
| 12. Birthplace of Father | Honolulu, Oahu |
| 13. Kind of Business | warehouseman |
| 14. Full Maiden Name of Mother | STELLA ... OLVERA |
| 15. Age of Mother | 18 |
| 16. Birthplace of Mother | Honolulu, Oahu |
| 20. Date Accepted by Local Reg. | SEP 2 1959 |
| 22. Date Accepted by Reg. General | SEP 12 1959 |

*Signature of Parent / Informant*

---

THIS CERTIFIES THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE, HAWAII STATE DEPARTMENT OF HEALTH

LEO BERNSTEIN, M.D.
Director of Health

CHARLES G. BENNETT
Registrar General

DATE: ___

Copy